IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA


GREGORY O. FANN, JR.,


              Plaintiff,                       24cv0766

                                               ELECTRONICALLY FILED

    v.


DR LAUREL R. HARRY
*Secretary of the Department of Corrections,* ET AL.,


              Defendants.


Order denying Appeal of Order denying Plantiff's Motion for Summary Judgment as Premature

       Plaintiff, a state prisoner in the custody of the Pennsylvania Department of Corrections, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. Section 1983, on May 23, 2024, alleging now in his operative Second Amended Complaint, numerous civil rights claims based upon events that that allegedly occurred when he was housed at the State Correctional Institution at Fayette ("SCI – Fayette").. This matter was referred to United States Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

       Pending before this Court is Defendants' Partial Motion to Dismiss the Complaint for failure to state a claim upon which relief may be granted.  That Motion is before Magistrate Judge Kelly, pending a Report and Recommendation thereon.   Plaintiff has since filed a Motion

for Summary Judgment, which Judge Kelly denied by text Order as premature.  Specifically, the Order of April 7, 2026, states as follows:  "ORDER denying without prejudice 57 Plaintiff's Motion for Summary Judgment. The motion is denied as premature because there is a pending Motion to Dismiss filed by Defendants and, as such, an answer has not yet been filed and the pleadings have not been closed. No discovery has been conducted."  (Doc. 66).

Plaintiff was allotted 14 days to appeal said Order, and he did so by filing on April 21, 2026. The Court cannot discern the basis for his objection other than to restate a brief review of the procedural history of this case and that he seeks the Court to deny the partial motion to dismiss, which is the subject of a separate briefing.  Summary Judgment was denied as premature given the procedural posture of this case

After *de novo* review of the Record in this matter,  the Court affirms the Order denying the Motion for Summary Judgment as Premature, and for the reasons stated by Magistrate Judge Kelly and therefore DENIES the appeal of Plaintiff (doc. 67).

SO ORDERED this 8th day of June, 2026.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

CC:    All ECF registered counsel of record

GREGORY O. FANN, JR.
JL5698 SCI PINE GROVE
189 FYOCK ROAD
INDIANA, PA 15701